UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:
(Palm Beach County Circuit Court Case No.: 50 2005 CA004511 XXXXMB (AG)

**10-80347-CIV-MARRA/JOHNSON**

PETER F. MERKLE, M.D., P.A., on behalf
of itself and all others similarly situated,

        Plaintiff,

v.

VISTA HEALTHPLAN, INC.,

        Defendant.
_____/

**CLASS REPRESENTATION**

FILED by _JC_ D.C.
ELECTRONIC

Mar. 04, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441, 1446 and 1453 and 28 U.S.C. § 1331, § 1331, Defendant, VISTA HEALTHPLAN, INC. ("Vista") hereby files this Notice of Removal from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, Miami Division. The grounds for removal are as follows:

### THE REMOVED CASE

1.    Plaintiffs PETER F. MERKLE, M.D., P.A., JEREMY S. WEINBERGER, M.D., P.A., and MICHAEL CANNING, M.D., P.A., on behalf of themselves and all others similarly situated filed this case against Vista in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, which as assigned Case No. 50 2005 CA004511 XXXXMB (AG).

LAW OFFICES OF
**STEVEN M. ZIEGLER, P.A.**
4000 HOLLYWOOD BOULEVARD • SUITE 375 SOUTH • HOLLYWOOD, FLORIDA 33021 • TELEPHONE (954) 966-2696

1 of 6

2. Plaintiffs bring this action on behalf of all similarly situated health care providers within the State of Florida who provided Emergency Services and Care to Vista's HMO insureds since January 1, 2003, but did not receive payment in the full amount under § 641.513.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and is removable under 28 U.S.C. § 1441(b) in that it is a civil action of which the district courts have original jurisdiction. This case is removable as an action over which this Court has federal question jurisdiction because Plaintiffs seek the payment of benefits for emergency services rendered under employer sponsored plans governed by the Employee Retirement Security Act of 1974, 29 U.S.C. § 1002, et seq. ("ERISA"). The Plaintiffs have derivative standing to assert the cause of action under ERISA through an assignment of benefits.

4. This Court also has supplemental jurisdiction over claims that are not specifically plead under ERISA pursuant to 28 U.S.C. § 1367. These claims also involve the level of benefit payments under health plans for emergency services rendered. Accordingly, these claims are so related to the claims in this action over which there is original jurisdiction that they form part of the same case and controversy.

## REMOVAL IS TIMELY

5. Removal is timely under 28 U.S.C. § 1441(6)(b). The first pleading, motion, order or other paper from which it first could be ascertained that this case is removable is the First Amended Complaint, which was filed March 2, 2010. This Notice of Removal is being filed within 30 days of that filing.

2

LAW OFFICES OF
**STEVEN M. ZIEGLER, P.A.**
4000 HOLLYWOOD BOULEVARD • SUITE 375 SOUTH • HOLLYWOOD, FLORIDA 33021 • TELEPHONE (954) 966-2696

2 of 6

6. The First Amended Complaint is the first pleading that includes a cause of action by the Plaintiffs seeking benefits pursuant to ERISA.

## THE VENUE REQUIREMENT IS MET

7. Venue of this removal is proper in the Southern District of Florida, Miami Division, under 28 U.S.C. § 1441(a) because the Circuit Court of Palm Beach County, Florida is within the Southern District of Florida.

## REMOVAL PROCEDURES

8. This action is now removable pursuant to 28 U.S.C. § 1441(b) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Florida and (ii) is an action over which this Court has original jurisdiction. This Notice of Removal is being timely filed.

9. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as provided by law. Written notice of removal is being given to Plaintiffs.

10. A copy of all process, pleadings, and orders filed in the state court action are attached hereto and made a part hereof as Composite Exhibit "A".

WHEREFORE, VISTA HEALTHPLAN, INC. prays that this Court will consider this Notice of Removal as provided by law for the removal of cases to this Court, that this Court will make the proper orders to achieve the removal of the State Court Action to this Court, and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the State Court Action.

3

LAW OFFICES OF
**STEVEN M. ZIEGLER, P.A.**
4000 HOLLYWOOD BOULEVARD • SUITE 375 SOUTH • HOLLYWOOD, FLORIDA 33021 • TELEPHONE (954) 966-2696

3 of 6

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing has been served by E-Mail and regular U.S. Mail this __4th__ day of March, 2010, to all counsel on the attached Service List.

Respectfully submitted,

Law Offices of
STEVEN M. ZIEGLER, P.A.
Attorneys for Defendant
Presidential Circle, Suite 375 South
4000 Hollywood Boulevard
Hollywood, Florida 33021
Tel: (954) 966-2696
Fax: (954) 966-2446

By: _____
STEVEN M. ZIEGLER
Fla. Bar No. 344443
E-Mail: Steven.Ziegler@smzpa.com
ANDRES GONZALEZ
Fla. Bar No. 0107026
E-Mail: Andres.Gonzalez@smzpa.com

4

LAW OFFICES OF
**STEVEN M. ZIEGLER, P.A.**
4000 HOLLYWOOD BOULEVARD • SUITE 375 SOUTH • HOLLYWOOD, FLORIDA 33021 • TELEPHONE (954) 966-2696

4 of 6

## SERVICE LIST

Eric Lee, Esq.
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Telephone: (561) 981-9988
Facsimile: (561) 981-9980

Paul Geller, Esq.
Stuart Davidson, Esq.
Kathleen Barber, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
120 E. Palmetto Park Road, Ste. 500
Boca Raton, FL  33432
(561) 750-3000
(561) 750-3364 Facsimile

KOPELMAN & BLANKMAN
200 S.W. 1st Avenue, 12th Floor,
Ft. Lauderdale, FL  33301
(954) 462-6855
(954) 462-6899 Facsimile

Ken Martin Frankel, Esq.
FRANKEL & ASSOCIATES
71 N.E. 27th Avenue
Pompano Beach, FL  33062
Telephone: (954) 784-0800
Facsimile: (954) 943-2813

Eugene A. Spector, Esq.
Simon Bahne Paris, Esq.
Daniel J. Mirarchi, Esq.
SPECTOR ROSEMAN KODROFF & HILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300
(215) 496-6611 Facsimile

Andrew C. Hall, Esq.
HALL, JOSEPH, AND LAMB, P.A.
1428 Brickell Ave., PH
Miami, FL  33131
(305) 374-5030
(305) 374-5033 Facsimile

**Attorneys for Plaintiffs**
**PETER F. MERKLE, M.D., P.A.**
**JEREMY S. WEINBERGER, M.D., P.A.**
**MICHAEL CANNING, M.D., P.A.**

6

LAW OFFICES OF
STEVEN M. ZIEGLER, P.A.
4000 HOLLYWOOD BOULEVARD • SUITE 375 SOUTH • HOLLYWOOD, FLORIDA 33021 • TELEPHONE (954) 966-2696

6 of 6